IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02552-BNB

ALAN LEWIS,

    Applicant,

v.

RICK THALER, Director, Texas Department of Criminal Justice, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD AND ANSWER

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty days from the date of this order** Respondent Attorney General of the State of Colorado shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Morgan County District Court case number 00CR23, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) Within **thirty days from the date the state court record is provided to the Court**, Respondent Attorney General of the State of Colorado[1] shall file an Answer

---

[1] Respondent Rick Thaler is not required to file an Answer in this action.

conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

  (3) Within **thirty days** of the filing of the answer Applicant may file a reply, if he desires; and

  (3) The Clerk of the Court is directed to send copies of this Order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at the following addresses:

    Clerk of the Court
    Morgan County District Court
    400 Warner Street
    Fort Morgan, Colorado 80701;

    Court Services Manager
    State Court Administrator's Office
    101 W. Colfax, Suite 500
    Denver, Colorado  80202

 DATED December 28, 2011, at Denver, Colorado.

        BY THE COURT:

         s/ Boyd N. Boland
        United States Magistrate Judge